**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

MAURICE GRIFFIN,

        Petitioner,

    vs.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL ACTION NO.: CV204-149

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DENIED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25 day of ___July___, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

GRIFFIN

_____ )

vs                                )          CASE NUMBER  CV204-149 _____

USA                               )          DIVISION          BRUNSWICK _____
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.    Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.    That the aforementioned enveloped contained a copy of the document dated 7/25/05 _____, which is part of the official record of this case.

Date of Mailing:          7/25/05 _____

Date of Certificate          ☒ same date,          or  _____

Scott L. Poff,  Clerk

By:  _____
                Sherry Taylor, Deputy Clerk

**Name and Address**

Maurice Griffin, 21452-018, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
Amy Lee Copeland

☐   Copy placed in Minutes
☐   Copy given to Judge
☒   Copy given to Magistrate